UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLEBER DESOUZA OLIVEIRA** | **CIVIL ACTION** |
| **VERSUS** | **NO:   14-0482** |
| **IONIA MARIA MARTINS, ET AL.** | **SECTION: "I" (4)** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that Plaintiff's **Motion to Enforce Settlement Agreement (R. Doc. 34)** is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's request for attorney fees and costs associated with filing the instant motion is **GRANTED** and shall be personally assessed against the Defendants Ionia Maria Martins and Brazilian Grille, LLC. The Plaintiff shall file **within ten (10) days of this order** a motion to fix attorney's fees, along with: (1) an affidavit attesting to their attorney's education, background, skills, and experience; (2) sufficient evidence of rates charged in similar cases by other local attorneys with similar experience, skill and reputation; and (3) the documentation required by Local Rule 54.2.

New Orleans, Louisiana, this 27th day of May, 2015

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE