**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CLEBER DESOUZA OLIVEIRA**                    **CIVIL ACTION**

**VERSUS**                                     **NO:    14-0482**

**IONIA MARIA MARTINS, ET AL.**                **SECTION: "I" (4)**

<u>**REPORT AND RECOMMENDATION**</u>

Before the Court is Plaintiff, Cleber Oliviera's **Second Motion to Enforce Settlement Agreement (R. Doc. 47)**, which was referred to the undersigned U.S. Magistrate Judge to issue a report and recommendation. On July 6, 2015, the Plaintiff filed a **Motion to Withdraw Second Motion to Enforce Settlement Agreement (R. Doc. 50)**, notifying the Court that the underlying motion is now moot because the Defendants electronically transmitted the signed settlement documents.

Accordingly,

**IT IS RECOMMENDED** that Plaintiff's **Motion to Withdraw Second Motion to Enforce Settlement Agreement (R. Doc. 50)** be **GRANTED**.

**IT IS FURTHER RECOMMENDED** that Plaintiff's **Second Motion to Enforce Settlement Agreement (R. Doc. 34)** be **DENIED AS MOOT**.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation **within fourteen (14) days** after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences

will result from a failure to object. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996).[1]

New Orleans, Louisiana, this 8th day of July 2015.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**

---

[1]*Douglass* referenced the previously applicable ten-day period for the filing of objections. Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend the period to fourteen days.