UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CLEBER DESOUZA OLIVEIRA**                         **CIVIL ACTION**

**VERSUS**                                                            **NO: 14-0482**

**IONIA MARIA MARTINS, ET AL.**                  **SECTION: "I" (4)**

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff's **Motion to Withdraw Second Motion to Enforce Settlement Agreement (R. Doc. 50)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's **Second Motion to Enforce Settlement Agreement (R. Doc. 47)** is **DENIED AS MOOT**.

New Orleans, Louisiana, this 23rd day of July, 2015

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**