# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLEBER DESOUZA OLIVEIRA** | **CIVIL ACTION** |
| **VERSUS** | **NO: 14-482** |
| **IONIA MARIA MARTINS AND BRAZILIAN GRILL, LLC** | **SECTION: "I" (4)** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the failure of the Defendants to file an objection to the Chief Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Plaintiff's **Third Motion to Enforce Settlement Agreement (R. Doc. 56)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's request for attorneys' fees and costs associated with filing the instant motion is **GRANTED** and shall be personally assessed against the Defendants Ionia Maria Martins and Brazilian Grill, LLC. The Plaintiff shall file **within ten (10) days of this order** a motion to fix attorneys' fees, along with: (1) an affidavit attesting to their attorney's education, background, skills, and experience; (2) sufficient evidence of rates charged in similar cases by other local attorneys with similar experience, skill and reputation; and (3) the documentation required by Local Rule 54.2.

New Orleans, Louisiana, this 15th day of November 2017

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**